# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| VICTORIO EL-GENO HINTON, | : | No. 12 WM 2018 |
| Petitioner | : | |
| v. | : | |
| HONORABLE JEFFREY MANNING, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the Application for Leave to Amend are DENIED.  The Prothonontary is DIRECTED to strike the name of the jurist from the caption.